**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

LOUISA MEDORA

Plaintiff,

v.

NATIONAL COURT REPORTERS ASSOCIATION

Defendant.

No. 2:26-cv-2809-TLN-ICD

ORDER

The Court, having considered Defendant National Court Reporters Association's Motion for Administrative Relief Pursuant to Local Rule 233 to Establish Briefing Schedule on Plaintiff's Motion for Preliminary Injunction, the supporting declaration, and the record in this action, hereby ORDERS as follows:

1. Defendant National Court Reporters Association's Motion for Administrative Relief is GRANTED;

2. The November 18, 2026, hearing on Plaintiff Louisa Medora's Motion for Preliminary Injunction is CONTINUED to **December 2, 2026**, at **10:00 a.m.**;

3. Defendant National Court Reporters Association shall file its opposition to Plaintiff's Motion for Preliminary Injunction on or before **November 14, 2026**;

4. Plaintiff's reply, if any, shall be filed on or before **November 24, 2026**;

5. Pending entry of this Order, and to the extent any previously applicable opposition deadline has not already expired, that deadline is temporarily stayed and superseded by the deadline established in Paragraph 3 above. Defendant's opposition shall be deemed timely if filed by the deadline established in this Order. This Order does not adjudicate or otherwise affect the parties' respective positions concerning the

///

effectiveness or timing of service, the propriety of Plaintiff's supplemental materials, or whether those materials may properly be considered in connection with Plaintiff's Motion for Preliminary Injunction.

Dated: November 3, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE