Richard P. Sybert, Bar No. 80731
rsybert@grsm.com
Whitnee Goins, Bar No. 311573
wgoins@grsm.com
Karam Grewal, Bar No. 328931
*kgrewal@grsm.com*
**GORDON REES SCULLY MANSUKHANI, LLP**
3 Parkcenter Drive, Suite 200
Sacramento, California 95825
tel (916) 565-2900 / fax (916) 920-4402

Attorneys for Defendant
NATIONAL COURT REPORTERS' ASSOCIATION

GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUISA MEDORA, an individual,

Plaintiff,

v.

NATIONAL COURT REPORTERS ASSOCIATION,

Defendants.

Case No. 2:26-cv-02809-TLN-ICD (PS)

**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Louisa Medora, appearing pro se, and Defendant National Court Reporters Association ("NCRA"), through its undersigned counsel, hereby stipulate, subject to Court approval, as follows:

1. Plaintiff's Motion for Preliminary Injunction is presently set for hearing on December 2, 2026.

2. Plaintiff has a prior commitment that prevents her from attending the December 2, 2026 hearing and requested that the hearing be continued to December 9, 2026, at a time convenient to the Court.

3. NCRA does not oppose the requested continuance and agrees that the hearing may be continued to December 9, 2026, at a time convenient to the Court.

4. The parties agree that the existing briefing deadlines should remain unchanged.

5. Accordingly, the parties respectfully request that the Court continue the hearing on Plaintiff's Motion for Preliminary Injunction from December 2, 2026, to December 9, 2026, at a time convenient to the Court, with all existing briefing deadlines remaining unchanged.

**IT IS SO STIPULATED.**

Dated: November 10, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: [signature]
Richard P. Sybert
Whitnee Goins
Karam Grewal
Attorneys for Defendant
National Court Reporters Association

Dated: November 9, 2026

By: L. Medora

LOUISA MEDORA

Plaintiff, Pro Se

GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion for Preliminary Injunction presently set for December 2, 2026, is CONTINUED to December 9, 2026, at 10:00 a.m., via Zoom. The Court will provide the parties with connection information separately. All existing briefing deadlines remain unchanged.

IT IS SO ORDERED.

**Dated: November 10, 2026**

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE

GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825

GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825

**CERTIFICATE OF SERVICE**

*Louisa Medora vs. National Court Reporters Association*
Untied States District Court – Eastern District of California
2:26-cv-02809-TLN-ICD (PS)

I certify that on October 30, 2026, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Louisa Medora, In Pro Per
4408 US Hwy 97, Unit 15
Weed, CA 96094
louisamedora@gmail.com
Plaintiff, in Pro Per

*/S/ LORI CARMICHAEL*

**LORI CARMICHAEL**